[No. 30494-9-III.   Division Three.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY LOGAN MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01821-6, Wm. Thomas McPhee, J., entered April 12, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30507-4-III.   Division Three.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES W. TWIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01499-5, Vicki L. Hogan, J., entered March 18, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 29395-5-III.   Division Three.   April 12, 2012.]

CHD, INC., *Respondent*, v. MELVIN C. TAGGART, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-01042-9, Annette S. Plese, J., entered August 25, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 29543-5-III.   Division Three.   April 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN LEON ROCKSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01010-7, Salvatore F. Cozza, J., entered November 22, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.